UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 19-28-JLS (KS)                                      Date: March 12, 2019

Title   *Marquise Elmo Caliz v. Warden*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  |   |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On January 3, 2019, Petitioner, a state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus ("Petition").  (Dkt. No. 1.)  On January 4, 2019, the Court informed Petitioner that it appeared the Petition was untimely and ordered Petitioner to file, no later than January 25, 2019, a First Amended Petition presenting specific factual allegations demonstrating that either the Petition is timely or that Petitioner is entitled to equitable tolling.  (Dkt. No. 5.)  On January 31, 2019, Petitioner sought an extension of time to file the First Amended Petition.  (Dkt. No. 8.)  On February 4, 2019, the Court granted Petitioner's request for an extension and ordered Petitioner to file the First Amended Petition no later than February 24, 2019.  (Dkt. No. 9.)

More than two weeks have now passed since Petitioner's First Amended Petition was due, and Petitioner has neither filed the First Amended Petition nor otherwise communicated with the Court about his case.  Accordingly, the action is now subject to dismissal under Rule 41(b) of the Federal Rules of Civil Procedure.  However, in the interests of justice, Petitioner shall receive one final opportunity to file a First Amended Petition.  Accordingly, **IT IS HEREBY ORDERED that, no later than April 2, 2019, Petitioner shall file <u>either</u>:**

(1) **a First Amended Petition that complies with the Court's January 4, 2019 Order; or**
(2) **a signed application for an enlargement of time <u>and</u> competent evidence, such as a declaration signed under penalty of perjury, demonstrating good cause for such an extension**

Alternatively, if Petitioner does not wish to proceed with this action at this time, he may file a <u>signed</u> document entitled "Notice Of Voluntary Dismissal" and the action will be dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**Petitioner is advised that his failure to timely comply with this Order will result in a recommendation of dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41-1.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |