# CIVIL MINUTES – GENERAL

Case No.   CV 19-28-JLS (KS)                                                  Date: January 27, 2020

Title   *Marquise Elmo Caliz v. Warden*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson   |   |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioners:        Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

     On January 3, 2019, Petitioner, a California state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (the "Petition").  (Dkt. No. 1.)  According to the Petition, Petitioner is challenging an October 10, 2014 conviction for, *inter alia*, murder with gang and firearm enhancements.  (*See* Petition at 2.)  On December 10, 2019, Respondent filed a Motion to Dismiss (the "Motion") on the grounds that the Petition is time-barred and, further, partially unexhausted.  (Dkt. No. 25.)  Pursuant to the Court's March 18, 2019 Order, Petitioner's Opposition to that Motion was due within 30 days of the service of the Motion—that is, no later than January 9, 2020.  (*See* Dkt. No. 12 at 3.)

     More than two weeks have now passed since the date on which Petitioner's opposition was due, and Petitioner has not filed a response to the Motion to Dismiss.  Local Rule 7-12 states that a party's failure to file a required document such as an opposition to a motion "may be deemed consent to the granting [ ] of the motion."  Further, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a Petitioner "fails to prosecute or to comply with these rules or a court order."  Thus, the Court could properly recommend dismissal of the action for Petitioner's failure to oppose the Motion To Dismiss and to timely comply with the Court's orders.

     However, in the interests of justice, Petitioner is **ORDERED TO SHOW CAUSE on or before February 18, 2020** why the action should not be dismissed under Local Rule 7-12 and Rule 41(b) of the Federal Rules of Civil Procedure.  In order to discharge this

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 19-28-JLS (KS)                                        Date: January 27, 2020

Title   *Marquise Elmo Caliz v. Warden*

Order and proceed with this action, Petitioner must file by the February 18, 2020 deadline either: (1) a complete and detailed opposition (in a manner fully complying with the Local Rules) to the Motion to Dismiss; or (2) a request for an extension to file the Opposition accompanied by a sworn declaration (not to exceed 3 pages) establishing good cause for Petitioner's failure to timely respond to the Motion to Dismiss.

Alternatively, Petitioner may discharge this Order and dismiss this case by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**Petitioner is cautioned that his failure to timely comply with this order will lead to a recommendation of dismissal based on Local Rule 7-12 and Rule 41 of the Federal Rules of Civil Procedure.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |